UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Lois Rae Taylor<br>Defendant. | Case No.: 5:19-MJ-520-DUTY<br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
  (✓) information in the Pretrial Services Report and Recommendation
  (✓) information in the violation petition and report(s)
  (✓) the defendant's nonobjection to detention at this time
  ( ) other: _____

1

1     and/ or
2 B. (✓)   The defendant has not met his/her burden of establishing by clear and
3     convincing evidence that he/she is not likely to pose a danger to the safety
4     of any other person or the community if released under 18 U.S.C.
5     § 3142(b) or (c). This finding is based on the following:
6     (✓)  information in the Pretrial Services Report and Recommendation
7     (✓)  information in the violation petition and report(s)
8     (✓)  the defendant's nonobjection to detention at this time
9     ( )  other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/26/19

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE